# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Johnny SANCHEZ**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 201900004**

Appeal from the United States Navy-Marine Corps Trial Judiciary

Decided: 25 April 2019.

Military Judge:
Major Terrance J. Reese, USMC.

Sentence adjudged 11 October 2018 by a general court-martial convened at Camp Lejeune, NC, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 6 months, reduction to E-1; and a dishonorable discharge.

For Appellant:
_Lieutenant R. Andrew Austria, JAGC, USN._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before HUTCHISON, LAWRENCE, and TANG

_Appellate Military Judges._

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court